Argued and submitted November 10, affirmed as modified November 30, 1983

In the Matter of the Marriage of

LEE,
*Respondent,*
*and*

LEE,
*Respondent,*
*and*

CHILDREN'S SERVICES DIVISION,
*Appellant.*

(82-1660; CA A27413)

672 P2d 399

Karen H. Green, Assistant Attorney General, Salem, argued the cause for appellant. With her on the briefs were Dave Frohnmayer, Attorney General, William F. Gary, Deputy Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Ellen Mendoza, Oregon Legal Services Corporation, Coos Bay, argued the cause and filed the brief for respondent Sharon M. Lee.

No appearance for respondent Francis J. Lee, Jr.

Before Richardson, Presiding Judge, and Van Hoomissen and Newman, Judges.

PER CURIAM

## PER CURIAM

Children's Services Division (CSD) appeals from a circuit court order that made the parties' children wards of the court, committed them to the legal custody of CSD with physical custody to the mother, and directed CSD to provide and monitor visitation. CSD contends only that the trial court erred in ordering that the children's *physical custody* be with their mother after it had placed the children in CSD's *legal* custody. We agree. *See* ORS 419.507(1)(b)(B); *State ex rel Juv. Dept. v. A.S.E.,* 62 Or App 293, 297, 660 P2d 707 (1983); *State ex rel Juv. Dept. v. D,* 55 Or App 912, 916, 640 P2d 660 (1982).

Order modified to delete provision granting physical custody of children to mother; affirmed as modified. No costs to any party.